IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHON GADRA-LORD | : | CIVIL ACTION NO. 1:12-CV-2426 |
| Plaintiff | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| DAVID VARANO, et al. | : | |
| Defendants | : | |

## O R D E R

Before the court in the captioned action is a June 10, 2013 report of the magistrate judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Plaintiff's Complaint is DISMISSED with respect to supervisory Defendants Varano, Kelley and Major Miller, without further leave to amend.

3) The Amended Complaint shall be served upon the remaining Defendants.

4) The case is referred back to Magistrate Judge Carlson for further proceedings.

*s/ Yvette Kane*
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: June 28, 2013.