# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONATHAN GADRA-LORD,** : | |
| Plaintiff : | No. 1:12-cv-02426 |
| : | |
| v. : | (Judge Kane) |
| : | |
| **DAVID VARANO, et al.,** : | (Chief Magistrate Judge Carlson) |
| Defendants : | |

## ORDER

**ACCORDINGLY**, this 11th day of December 2014, **IT IS HEREBY ORDERED THAT:**

1. Chief Magistrate Judge Carlson's Report and Recommendation (Doc. No. 32) is **ADOPTED**;

2. Plaintiff's objections (Doc. No. 33) are **OVERRULED**;

3. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**; and,

4. The Clerk of Court is directed to close the case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania